# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHARLES SHEPHARD and PATRICIA PARKER,

    Plaintiffs,

v.    Case No: 6:17-cv-264-Orl-28DCI

PROCOLLECT, INC.,

    Defendant.

## ORDER

In light of the Stipulation of Voluntary Dismissal with Prejudice (Doc. 10), the Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on April 10, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties